UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-57-1BO

| UNITED STATES OF AMERICA | ORDER ALLOWING COUNSEL LEAVE TO WITHDRAW |
|---|---|
| v. | |
| ANTHONY LEON MOORE | |

This matter came on to be heard, and was heard, before the undersigned United States District Judge, upon oral motion by the Office of the Federal Public Defender seeking leave to withdraw as counsel for Anthony Leon Moore, the Defendant herein.

Based upon a finding that a conflict of interest would arise if the Office of the Federal Public Defender continued to represent the Defendant in this matter, the Court concludes that the Office of the Federal Public Defender should be granted an order allowing it leave to withdraw as counsel for Anthony Leon Moore.

NOW THEREFORE, it is hereby ordered that the oral motion by the Office of the Federal Public Defender is GRANTED and that the Office of the Federal Public Defender is granted leave to withdraw as counsel for Anthony Leon Moore.

IT IS FURTHER ordered that the Federal Public Defender's Office is directed to appoint new counsel for the defendant.

This the 23 day of January, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE