THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:11-CR-00057-2BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAYTON DAVIS, | ) | |
| Defendant. | ) | |

This matter comes before the undersigned on the Defendant's Motion to Seal the Sentencing Memorandum in this matter. The Court finds that good cause has been shown to allow the filing of the Sentencing Memorandum and materials attached thereto under seal.

IT IS THEREFORE ORDERED that the Motion to Seal is ALLOWED and the Clerk is directed to permanently seal the Sentencing Memorandum, with attachments, filed by the Defendant in this case.

This 9 day of March, 2012.

Terrence W. Boyle
United States District Court Judge